RECEIVED
IN MONROE, LA
JUN 1 1 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-30043-02 |
| VERSUS | * | JUDGE JAMES |
| DEONDRAS BROWN | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Deondras Brown, and adjudges him guilty of the offense charged in Count Two of the indictment against him.

THUS DONE AND SIGNED this 11 day of June, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE